UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

**GENERAL ORDER**

No. 2003-02

Re: Board of Bar Examiners

Except as hereinafter provided, effective November 1, 2003, members of the Board of Bar Examiners shall serve staggered three-year terms with the terms of one-third of the members expiring on October 31 of each year thereafter. At the expiration of their terms, members who have served three years or less, will be eligible to be reappointed for one additional three-year term.

In order to provide for staggered expiration of terms, the present members of the Board may continue serving until the dates indicated which dates have been established so that the terms of those members with the longest tenures expire first.

| Name | Position | Year Appointed | Expiration of Term |
|---|---|---|---|
| Benjamin V. White III | Local Rules | 1981 | 10/31/04 |
| Lynette Labinger | Appellate Procedure | 1981 | 10/31/04 |
| R. Daniel Prentiss | Jurisdiction | 1984 | 10/31/04 |
| Edward J. Bertozzi | Bankruptcy | 1989 | 10/31/05 |
| Robert D. Parrillo | Professional Conduct | 1992 | 10/31/05 |
| William P. Robinson III | Chairman | 1994 | 10/31/05 |
| Michael G. Sarli | Civil Procedure | 1995 | 10/31/06 |
| Kenneth P. Madden | Criminal Procedure | 2001 | 10/31/06 |
| Steven Snow | Evidence | 2003 | 10/31/06 |

IT IS SO ORDERED,

Ernest C Torres

Ernest C. Torres
Chief Judge

Mary M. Lisi

Mary M. Lisi
U.S. District Judge

William E. Smith

William E. Smith
U.S. District Judge

Date: October 8, 2003