UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

**AMENDED GENERAL ORDER**

No. 2003-02

Re: Board of Bar Examiners

~~General Order No. 2003-02 is hereby rescinded and superseded~~ by this Amended General Order.

Effective immediately, the Board of Bar Examiners shall consist of the following individuals whose responsibilities and terms are set forth next to their names. At the expiration of their respective terms, members who have served three years or less will be eligible to be reappointed for one additional three-year term.

| Name | Position | Year Appointed | Expiration of Term |
|---|---|---|---|
| Edward J. Bertozzi | Bankruptcy | 1989 | 5/31/06 |
| Robert D. Parrillo | Professional Conduct | 1992 | 5/31/06 |
| Michael G. Sarli | Civil Procedure | 1995 | 5/31/07 |
| Kenneth P. Madden | Chairman | 2001 | 5/31/07 |
| Steven Snow | Evidence | 2003 | 5/31/07 |

21

| Name | Position | Year Appointed | Expiration of Term |
|---|---|---|---|
| Patricia Sullivan | Civil Procedure | 2004 | 5/31/08 |
| C. Leonard O'Brien | Criminal Procedure | 2004 | 5/31/08 |
| Gerald Petros | Jurisdiction | 2004 | 5/31/08 |

IT IS SO ORDERED,

Ernest C. Torres
Chief Judge

Mary M. Lisi
U.S. District Judge

William E. Smith
U.S. District Judge

Date: September 30, 2004