UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

# ADMINISTRATIVE ORDER

No. 2003-03

Re: Board of Bar Examiners

By agreement of the judges of this Court, Matthew McGowan is hereby appointed to succeed Edward J. Bertozzi in administering the course on Bankruptcy and William Poore is hereby appointed to replace Robert D. Parrillo to conduct the course on Professional Conduct.

Accordingly, the members, responsibilities, and terms of the Board as, now, constituted are as follows:

| Name | Position | Year Appointed | Expiration of Term |
|---|---|---|---|
| Michael G. Sarli | Civil Procedure | 1995 | 5/31/06 |
| Kenneth P. Madden | Chairman | 2001 | 5/31/06 |
| Steven Snow | Evidence | 2003 | 5/31/06 |
| Patricia Sullivan | Civil Procedure | 2004 | 5/31/07 |
| C. Leonard O'Brien | Criminal Procedure | 2004 | 5/31/07 |

22

| Name | Position | Year Appointed | Expiration of Term |
|---|---|---|---|
| Gerald Petros | Jurisdiction | 2004 | 5/31/07 |
| Matthew J. McGowan | Bankruptcy | 2005 | 5/31/08 |
| William A. Poore | Professional Conduct | 2005 | 5/31/08 |

IT IS SO ORDERED,

Ernest C Torres

Ernest C. Torres
Chief Judge

Date: 5/31/05