United States District Court
District of Rhode Island

In Re: Board of Bar Admissions

Misc. 94-71L

ORDER

By agreement of the Judges of this Court, Matthew J. McGowan, and William A. Poore are hereby reappointed to an additional term on the Board of Bar Admissions.

The members' responsibilities and terms of office are as follows:

| Name | Position | Year Appointed | Expiration of Term |
|---|---|---|---|
| Gerald Petros | Chairman | 2004 | 5/31/10 |
| William Dolan | Jurisdiction | 2006 | 5/31/09 |
| Steven Snow | Evidence | 2003 | 5/31/09 |
| Patricia Rocha | Civil Procedure | 2006 | 5/31/09 |
| Patricia Sullivan | Civil Procedure | 2004 | 5/31/10 |
| C. Leonard O'Brien | Criminal Procedure | 2004 | 5/31/10 |
| Matthew J. McGowan | Bankruptcy | 2005 | 5/31/11 |
| William A. Poore | Professional Conduct | 2005 | 5/31/11 |

IT IS SO ORDERED.

Mary M. Lisi
Mary M. Lisi
Chief Judge

Date: May 21, 2008